

Christopher B. Gilbert
Partner

(713) 554-6744 - Office
(713) 583-7698 - Fax

cgilbert@thompsonhorton.com

Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027

FILED
15-0145
3/11/2015 2:06:21 PM
tex-4458421
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

March 11, 2015

## RESPONDENTS CHUCK BRAWNER AND THE SPRING BRANCH INDEPENDENT SCHOOL DISTRICT'S WAIVER OF RESPONSE

## BY ELECTRONIC FILING

Blake A. Hawthorne, Clerk
Texas Supreme Court
201 W. 14th Street, Room 104
Austin, Texas 78701

> Re:  Case No. 15-0145; *Edward Baldridge v. Chuck Brauner et al;* In the Texas Supreme Court

To the Honorable Clerk of the Court:

Under Texas Rule of Appellate Procedure 53.3, Respondents Chuck Brawner and the Spring Branch Independent School District do not intend to file a response to the above-referenced petition for review unless the Supreme Court requests one. Respondents request that the petition be forwarded immediately to the Supreme Court for consideration.

If you have any questions, please do not hesitate to contact me at (713) 554-6744.

Very truly yours,

Thompson & Horton LLP

Christopher B. Gilbert

CBG/

CERTIFICATE OF SERVICE:  Counsel for the Respondents, by his signature above, hereby certifies that a copy of this Letter was served on counsel for the Petitioner by electronic service and by telecopier on March 11, 2015, and addressed as follows:

> Ms. Rachel Noffke
> DeShazo & Nesbitt LLP
> 809 West Avenue
> Austin, Texas 78701